IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY ROUSE**                                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:10CV00262 BSM**

**TENNECO AUTOMOTIVE OPERATING**
**COMPANY, INC., fictitiously known as**
**MONROE AUTO EQUIPMENT COMPANY**                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied.

Dated this 4th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE